**Aaron HITCHENS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 180, 2016**

Supreme Court of Delaware.

Submitted: May 13, 2016

Decided: May 16, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1511008518

DISMISSED.

■

**Daniel D. JONES, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 48, 2016**

Supreme Court of Delaware.

Submitted: March 17, 2016

Decided: May 16, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1212012398, 1212013888, 1212018608, 1310006358 and 1310006438

AFFIRMED.